## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# **NOTICE OF DISMISSAL**

**DEBTOR INFORMATION:**
Herbert N Magbual

**BANKRUPTCY NO.**  6:10−bk−17765−TD

**CHAPTER**  7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−2955
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/1/10

**Address:**
31486 Pennant Court
Temecula, CA 92591

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: April 2, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**11 / PPC**

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: ppenningt              Page 1 of 1                   Date Rcvd: Apr 05, 2010
Case: 10-17765                 Form ID: ntcdsm              Total Noticed: 10

The following entities were noticed by first class mail on Apr 07, 2010.
db           +Herbert N Magbual,    31486 Pennant Court,    Temecula, CA 92591-7936
aty          +George Holland, Jr,    1970 Broadway Ste 1030,    Oakland, CA 94612-2222
tr           +Arturo Cisneros,    3403 Tenth Street, Suite 711,    Riverside, CA 92501-3641
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
ust          +United States Trustee (RS),    3685 Main Street, Suite 300,    Riverside, CA 92501-2804
25937062      GE MONEY BANK,    C/O RECOVERY MANAGEMENT SYSTEMS CORP,    25 SE 2A AVENUE STE 1120,
               MIAMI FL   33131-1605
25937060     +GEORGE HOLLAND JR,    HOLLAND LAW FIRM,    1970 BROADWAY SUITE 1030,    OAKLAND CA 94612-2222
25937059     +ROBERT N MAGBUAL,    31486 PENNANT COURT,    TEMECULA CA 92591-7936
25937061     +US TRUSTEE,    3685 MAIN ST STE 300,    RIVERSIDE CA 92501-2804

The following entities were noticed by electronic transmission on Apr 06, 2010.
tr           +EDI: QACISNEROS.COM Apr 05 2010 21:23:00      Arturo Cisneros,    3403 Tenth Street, Suite 711,
               Riverside, CA 92501-3641
smg           EDI: CALTAX.COM Apr 05 2010 21:23:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA  95812-2952
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 07, 2010**            **Signature:** *Joseph Speetjens*